UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

-against-                                                                    Ind. No.
                                                                                        10 cr 920 (ENV)

                                                                                        ORDER

ANTHONY EGO,
                        Defendant.
-----------------------------------------------------------x

UPON THE APPLICATION of Jeffrey Pittell, Esq., Counsel for Defendant ANTHONY EGO, and without objection by the Government,

IT IS ORDERED that, any state or federal government official or agency, including but not limited to the U.S. Attorney for the Eastern District New York, the U.S. Pretrial Services Agency, for the Eastern District of New York, the U.S. Department of Homeland Security and all its subdivisions, are ordered to return the following property to Defendant:

1) Defendant's Nigerian Passport and/or other personal identification documents;

2) U.S. currency possessed by the Defendant at the time of his arrest; and

3) any other seized personal property which his not been returned, *provided that property prohibited by the operational rules of a custodial facility shall be returned immediately upon release from such facility.*

DATED: February 27, 2012
              Brooklyn, New York

SO ORDERED

s/ ENV
_____
Hon. Eric N. Vitaliano
U.S. District Court Judge for the
Eastern District of New York